# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| V. | |
| ROOSEVELT COLLINS | Case Number: 8:03-cr-502-T-30TGW USM Number: 41675-018 |
| | Alec Hall, pda. Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) THREE, FOUR, FIVE, SIX, SEVEN and EIGHT of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| ONE | New criminal conduct, Possession of Cocaine, occurring while on supervision in violation of the conditions of supervision (Grade B Violation) | April 29, 2007 |
| TWO | New criminal conduct, Criminal Trespass, occurring while on supervision in violation of the conditions of supervision (Grade C Violation) | April 29, 2007 |
| THREE | Failure to answer truthfully in violation of Condition 3 of Standard Conditions of Supervision (Grade C Violation) | February 16, 2007 |
| FOUR | Failure to notify ten days to any change in employment in violation of Condition 6 of the Standard Conditions of Supervision (Grade C Violation) | March 28, 2007 |
| FIVE | Failure to notify ten days to any change in residence in violation of Condition 6 of the Standard Conditions of Supervision (Grade C Violation) | April 17, 2007 |
| SIX | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision (Grade C Violation) | April 20, 2007 |
| SEVEN | Failure to make restitution in violation of the court's order, which requires him to make payments as follows: The defendant shall pay restitution in the amount of $500.00 per month, (Grade C Violation) | March 7, 2007 |
| EIGHT | Positive urinalysis, Cocaine, in violation of Condition 7 of the standard conditions of supervision, (Grade C Violation) | June 6, 2007 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation – Sheet 1 -Continuation

DEFENDANT: ROOSEVELT COLLINS
CASE NUMBER: 8:03-cr-502-T-30TGW

Judgment - Page 2 of 3

__X__ The defendant has not violated charge number(s) ONE and TWO and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 19, 2007
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

19 July 2007
Date

Case 8:03-cr-00502-JSM-TGW   Document 83   Filed 07/19/07   Page 2 of 3 PageID 205

| | | |
|---|---|---|
| DEFENDANT: | ROOSEVELT COLLINS | Judgment - Page 3 of 3 |
| CASE NUMBER: | 8:03-cr-502-T-30TGW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **NINE (9) MONTHS**. Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.    p.m.    on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
      DEPUTY UNITED STATES MARSHAL